

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Gerald Mac Lowrey, Appellant

No. 06-14-00172-CR     v.

The State of Texas, Appellee

Appeal from the 6th District Court of Lamar County, Texas (Tr. Ct. No. 25492). Opinion delivered by Justice Moseley, Chief Justice Morriss and Justice Burgess participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

We note that the appellant, Gerald Mac Lowrey, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED JULY 14, 2015
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk